IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

JOEME JEREOS RAMOS,

Debtor.

: Chapter 13
:
: Case No. 11-01583-JJT

## MOTION FOR REDACTION

UGI Utilities, Inc. ("UGI") files this Motion for Redaction to correct the inadvertent disclosure of information required to be redacted pursuant to Federal Rule of Bankruptcy Procedure 9037 ("Rules"), and states:

1. On April 8, 2011, UGI filed a proof of claim in this case, which appears in the Claims Register as Claim #7 (the "Claim").

2. Included with the Claim was an exhibit to support the amount owed to UGI. The exhibit contains information required to be redacted by Rule 9037, which was inadvertently not redacted.

3. In order to correct this issue, UGI files this motion and attaches as Exhibit A the proof of claim with the redacted exhibit.

4. UGI believes that this request for relief is a ministerial action and, therefore, notice to creditors is not required. Accordingly, this motion has been served to only counsel for the Debtors and the chapter 13 trustee. Should the Court require additional notice, UGI will provide it.

WHEREFORE, UGI respectfully requests that this Court enter an Order directing the Clerk to remove the Claim from the Claims Register and replace it with the redacted copy attached hereto as Exhibit A.

Dated: October 2, 2012

Respectfully submitted,

*/s/ David W. Carickhoff*
David W. Carickhoff (PA 81546)
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE
Phone: (302) 425-6400
Fax: (302) 425-6464
Email: Carickhoff@blankrome.com

*Attorneys for UGI Utilities, Inc.*