## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joeme J. Ramos | |
|                    Debtor | CHAPTER 13 |
| Lakeview Loan Servicing, LLC, its successors and/or assigns | |
|                    Moving Party | |
|      vs. | |
| | NO. 11-01583 JJT |
| Joeme J. Ramos | |
|                    Debtor | |
| Charles J. DeHart, III Esq. | |
|                    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion to Extend Time TO FILE ANSWER TO ADVERSARY WITH CONCURRENCE of Lakeview Loan Servicing, LLC, which was filed with the Court on or about **9/1/2016**.

                                            Respectfully submitted,

                                            **/s/ Joshua I. Goldman, Esquire**
                                            Joshua I. Goldman, Esquire
                                            Thomas Puleo, Esquire
                                            Attorneys for Movant/Applicant
                                            KML Law Group, P.C.
                                            Main Number: (215) 627-1322

September 1, 2016