# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Joeme Jereos Ramos  
       Debtor(s)

BKY. NO. 11-01583 JJT

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0763

                                    Respectfully submitted,

                                    **/s/ Thomas Puleo**  
                                    Thomas Puleo, Esquire  
                                    James C. Warmbrodt, Esquire  
                                    KML Law Group, P.C.  
                                    701 Market Street, Suite 5000  
                                    Philadelphia, PA 19106-1532  
                                    (215) 825-6306  FAX (215) 825-6406  
                                    Attorney for Movant/Applicant