```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 11-01583-JJT
Joeme Jereos Ramos                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: CGambini     Page 1 of 1     Date Rcvd: Jan 18, 2017
                    Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
db          +Joeme Jereos Ramos,    1217 Waddell Street,    Archbald, PA 18403-2328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Sabatini Law Firm, LLC
                                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:
       Brett Freeman    on behalf of Debtor Joeme Jereos Ramos bfecf@bankruptcypa.com,
         brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
       Brett Freeman    on behalf of Plaintiff Joeme Jereos Ramos bfecf@bankruptcypa.com,
         brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
       Carlo Sabatini    on behalf of Debtor Joeme Jereos Ramos usbkct@bankruptcypa.com,
         kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
       Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
       David W Carickhoff    on behalf of Other Professional    UGI Utilities, Inc.
         dcarickhoff@archerlaw.com
       Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
       Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
       Joshua I Goldman    on behalf of Defendant    M&T Bank bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
       Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@goldbecklaw.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 10

**fnldec** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Joeme Jereos Ramos  
aka JoJo Ramos  
1217 Waddell Street  
Archbald, PA 18403

Chapter 13  
Case No. 5:11−bk−01583−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−1949

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 18, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: CGambini, Deputy Clerk